UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK





| | |
|---|---|
| THE ROCKEFELLER UNIVERSITY, a New York not-for-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIGAND PHARMACEUTICALS INCORPORATED, a Delaware corporation,<br><br>Defendant. | Civil Action No.<br><br>08 CV 2755<br><br>Rule 7.1 Statement |

Defendant, LIGAND PHARMACEUTICALS INCORPORATED (hereinafter "LIGAND"), hereby provides its Notice of Party with Financial Interest pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Defendant LIGAND, has no parent corporations and no publicly held corporation owns 10% or more of its stock.

                                        Respectfully submitted,

                                        GREENBERG TRAURIG, LLP

Dated: March 14, 2008            By: _____
                                        Simon Miller (SM-6728)
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 801-9200
                                        Attorneys for Defendant
                                        LIGAND PHARMACEUTICALS INCORPORATED