UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROCKEFELLER UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>LIGAND PHARMACEUTICALS INCORPORATED,<br><br>    Defendant. | 08-CV-2775 (KPC)(HP)<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE, that upon the accompanying Affirmation of Simon Miller, dated March 21, 2008, and the exhibits attached thereto, and the Memorandum of Law dated March 21, 2008, Defendant Ligand Pharmaceuticals Incorporated ("Ligand"), will move this Court, before the Honorable Kevin P. Castel, at the United States Courthouse, 500 Pearl Street, New York, New York at a date and time to be decided by the Court, for an Order dismissing the Complaint of Plaintiff, The Rockefeller University ("Rockefeller"), for lack of personal jurisdiction over Ligand pursuant to Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure, or, in the alternative, to transfer the above-styled action to the Southern District of California pursuant to 28 U.S.C. § 1404(a).

Dated: New York, New York
       March 21, 2008

GREENBERG TRAURIG, LLP

By: _____
Simon Miller (SM-6728)
200 Park Avenue
New York, New York 10166
(212) 801-9200
*Attorneys for Defendant*
-and-
KNOBBE, MARTENS, OLSON
& BEAR, LLP
Darrell L. Olson
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404

*Of Counsel for Defendant*

KNOBBE, MARTENS, OLSON
& BEAR, LLP
Joseph M. Reisman
Ali S. Razai
550 West C Street
Suite 1200
San Diego, CA 92101
(619) 687-2121

*Of Counsel for Defendant*

TO:    Anat Hakim
        FOLEY & LARDNER LLP
        *Attorneys for Plaintiff*
        3000 K Street, N.W.
        Suite 500
        Washington, DC 20007
        (202) 672-5300

        Peter Wang
        Douglas S. Heffer
        FOLEY & LARDNER LLP
        *Attorneys for Plaintiff*
        90 Park Avenue
        New York, NY 10016
        (212) 682-7474