## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:    Case No. 08 CV 2755 (KPC)(HP)
COUNTY OF NEW YORK       )

SEAN CAMERON, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in Brooklyn, New York 11217.

On March 21, 2008, I served the within Notice of Motion by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

Anat Hakim
FOLEY & LARDNER LLP
*Attorneys for Plaintiff*
3000 K Street, N.W.
Suite 500
Washington, DC 20007
(202) 672-5300

Peter Wang
Douglas S. Heffer
FOLEY & LARDNER LLP
*Attorneys for Plaintiff*
90 Park Avenue
New York, NY 10016
(212) 682-7474

_____
SEAN CAMERON

Sworn to before me this
21st day of March, 2008.

_____
Notary Public

CHRISTY SCHAEFFER
Notary Public, State of New York
No. 31-4769958
Qualified in New York County
Commission Expires August 31, 2010