FOLEY & LARDNER LLP
Peter N. Wang (PW 9216)
Douglas S. Heffer (DH 6082)
90 Park Avenue
New York, New York 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

Anat Hakim (AH 4398)
3000 K Street, NW-Suite 500
Washington, DC 20007-5101
Tel: (202) 672-5300
Fax: (202) 672-5399

*Attorneys for Defendant The Rockefeller University, a New York not-for-profit corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| THE ROCKEFELLER UNIVERSITY, a New York not-for-profit corporation, : : : : Plaintiff, : : v. : : LIGAND PHARMACEUTICALS : INCORPORATED, a Delaware corporation, : : Defendant. : | 08-CV-2755   (PKC)  **NOTICE OF APPEARANCE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the plaintiff, The Rockefeller University, in the above-captioned action.

      Please adjust your records accordingly and serve additional copies of all future pleadings, court papers and correspondence to the address listed below:

NYC_228012.1

Anat Hakim
FOLEY & LARDNER LLP
3000 K Street NW, Suite 500
Washington, DC 20007-5143
Tel: (202) 672-5300
Fax: (202) 672-5399
Email: ahakim@foley.com


Dated: April 7, 2008
      New York, New York

      /s/ Anat Hakim
      Anat Hakim
      FOLEY & LARDNER LLP
      3000 K Street NW, Suite 500
      Washington, DC 20007-5143
      Tel: (202) 672-5300
      Fax: (202) 672-5399
      Email: ahakim@foley.com

*Attorneys for The Rockefeller University, a New York not-for-profit corporation*