FOLEY & LARDNER LLP
Peter N. Wang (PW 9216)
Douglas S. Heffer (DH 6082)
90 Park Avenue
New York, New York 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

Anat Hakim (AH 4398)
3000 K Street, NW-Suite 500
Washington, DC 20007-5101
Tel: (202) 672-5300
Fax: (202) 672-5399

*Attorneys for Defendant The Rockefeller University, a New York not-for-profit corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
THE ROCKEFELLER UNIVERSITY, a :
New York not-for-profit corporation, :
                                      :
                                      :    08-CV-2755   (PKC)
             Plaintiff,               :
                                      :    **NOTICE OF APPEARANCE**
     v.                               :
                                      :
LIGAND PHARMACEUTICALS                :
INCORPORATED, a Delaware corporation, :
                                      :
             Defendant.               :
---------------------------------X

     PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the plaintiff, The Rockefeller University, in the above-captioned action.

     Please adjust your records accordingly and serve additional copies of all future pleadings, court papers and correspondence to the address listed below:

NYC_228015.1

Douglas Heffer
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York  10016
Tel:  (212) 682-7474
Fax: (212) 687-2329
Email: dheffer@foley.com


Dated:  April 7, 2008
         New York, New York

        /s/ Douglas Heffer
        Douglas Heffer
        FOLEY & LARDNER LLP
        90 Park Avenue
        New York, New York  10016
        Tel:  (212) 682-7474
        Fax: (212) 687-2329
        Email: dheffer@foley.com

*Attorneys for The Rockefeller University, a New York not-for-profit corporation*