FOLEY & LARDNER LLP
Peter N. Wang (PW 9216)
Douglas S. Heffer (DH 6082)
90 Park Avenue
New York, New York 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

Anat Hakim (AH 4398)
3000 K Street, NW-Suite 500
Washington, DC 20007-5101
Tel: (202) 672-5300
Fax: (202) 672-5399

*Attorneys for Defendant The Rockefeller University, a New York not-for-profit corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| THE ROCKEFELLER UNIVERSITY, a New York not-for-profit corporation, | : : : : |
| Plaintiff, | : : 08-CV-2755   (PKC) |
| v. | : **NOTICE OF APPEARANCE** : |
| LIGAND PHARMACEUTICALS INCORPORATED, a Delaware corporation, | : : : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

     PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the plaintiff, The Rockefeller University, in the above-captioned action.

     Please adjust your records accordingly and serve additional copies of all future pleadings, court papers and correspondence to the address listed below:

NYC_228013.1

Peter N. Wang
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York  10016
Tel:  (212) 682-7474
Fax: (212) 687-2329
Email: pwang@foley.com


Dated: April 7, 2008
       New York, New York

                                          /s/ Peter N. Wang
                                        Peter N. Wang
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York  10016
Tel:  (212) 682-7474
Fax: (212) 687-2329
Email: pwang@foley.com

*Attorneys for The Rockefeller University, a New York not-for-profit corporation*