FOLEY & LARDNER LLP
Peter N. Wang (PW 9216)
Douglas S. Heffer (DH 6082)
90 Park Avenue
New York, New York 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

Anat Hakim (AH 4398)
3000 K Street, NW-Suite 500
Washington, DC 20007-5101
Tel: (202) 672-5300
Fax: (202) 672-5399

*Attorneys for Defendant The Rockefeller University, a New York not-for-profit corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| THE ROCKEFELLER UNIVERSITY, a New York not-for-profit corporation, | : : : : | |
| Plaintiff, | : : | 08-CV-2755   (PKC) **RULE 7.1 STATEMENT** |
| v. | : : | |
| LIGAND PHARMACEUTICALS INCORPORATED, a Delaware corporation, | : : : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

    The Rockefeller University ("Rockefeller") certifies that it is a New York not-for-profit corporation, with its principal place of business in New York, New York. Rockefeller submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

    1. Rockefeller is not a publicly-held corporation or other publicly-held entity.

    2. Rockefeller does not have any parent corporation.

    3. Rockefeller has issued no stock that is held by a public corporation.

NYC_227944.1

Dated: April 7, 2008
    New York, New York

                                               By:    /s/ Peter N. Wang_____
                                                      Peter N. Wang (PW 9216)
                                                      Douglas S. Heffer (DH 6082)
                                                      FOLEY & LARDNER LLP
                                                      90 Park Avenue
                                                      New York, NY 10016-1314
                                                      Tel:  (212) 682-7474
                                                      Fax: (212) 687-2329

                                                                 -and-

                                                      Anat Hakim (AH 4398)
                                                      FOLEY & LARDNER LLP
                                                      3000 K Street NW
                                                      Washington, DC 20007-5143
                                                      Tel:  (202) 672-5300
                                                      Fax: (202) 672-5399

                                                     *Attorneys for Defendant The Rockefeller University, a New York not-for-profit corporation*

- 2 -