SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

```
┌─────────────────────────────────────┐
│ USDS SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED: 5/9/08                   │
└─────────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

The Rockefeller University          Plaintiff,

                                              8   cv  2775    (PKC)

              - against -
Ligand Pharmaceutical            Defendant.          **ORDER FOR ADMISSION**
Incorporated                                              **PRO HAC VICE**
                                                        **ON ORAL MOTION**

Upon the oral motion of          Simon Miller                    attorney for

     Defendant Ligand Pharmaceutical Incorporated            and said sponsor attorney's affidavit

declaration that applicant    Gregg I. Anderson         is a member in good standing of

the bar(s) of the state(s) of    Colorado                                          ;

and that applicant's contact information is as follows (please print):

| | |
|---|---|
| Applicant's Name: | Gregg I. Anderson |
| Firm Name: | Knobbe Martens Olson & Bear LLP |
| Address: | 550 West C Street, Suite 1200 |
| City/State/Zip: | San Diego, CA 92101 |
| Telephone/Fax: | (619) 235-8550 |
| Email Address: | gregg.anderson@kmob.com |

said applicant having requested admission pro hac vice to appear for all purposes as counsel for
   Defendant Ligand Pharmaceutical Incorporated            in the above entitled action;

**IT IS HEREBY ORDERED** that    Gregg I. Anderson            , is admitted to

practice pro hac vice as counsel for in the above captioned case in the United States District Court for the
Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules
of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the
Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov.
Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated:    5/8/2008
City, State:  New York, New York

                                   United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006