SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

The Rockefeller University       Plaintiff,

                                                   8  cv  2775    (PKC)

         - against -
Ligand Pharmaceutical     Defendant.            **ORDER FOR ADMISSION**
Incorporated                                    **PRO HAC VICE**
                                                **ON ORAL MOTION**

Upon the oral motion of  Simon Miller  attorney for Defendant Ligand Pharmaceutical Incorporated  and said sponsor attorney's affidavit declaration that applicant  Joseph M. Reisman  is a member in good standing of the bar(s) of the state(s) of  California  ;

and that applicant's contact information is as follows (please print):

Applicant's Name: Joseph M. Reisman
Firm Name: Knobbe Martens Olson & Bear LLP
Address: 550 West C Street, Suite 1200
City/State/Zip: San Diego, CA 92101
Telephone/Fax: (619) 235-8550
Email Address: jreisman@kmob.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendant Ligand Pharmaceutical Incorporated in the above entitled action;

**IT IS HEREBY ORDERED** that  Joseph M. Reisman , is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: 5/8/2008
City, State: New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006