**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ROCKEFELLER UNIVERSITY, a
New York not-for-profit corporation,

        Plaintiff,

v.

LIGAND PHARMACEUTICALS
INCORPORATED, a Delaware corporation,

        Defendant.

Case No. 08 cv 2755 KPC-HP

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

STATE OF NEW YORK    )
                               )
COUNTY OF NEW YORK  )

SIMON MILLER, under penalties of perjury, affirms and says:

1. I am a Shareholder in the law firm of Greenberg Traurig, LLP, counsel for Ligand Pharmaceuticals Incorporated ("Ligand"), defendant in the above referenced matter. I respectfully submit this affidavit in support of Ligand's motion to admit **Joseph M. Reisman** as counsel pro hac vice to represent Ligand in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law on February 28, 1994. I am also admitted to the bar of the United States Court for the Southern District of New York, and am in good standing with this Court.

3. I have known **Joseph M. Reisman** since March 6, 2008.

4. **Joseph M. Reisman** is a Partner with the law firm of Knobbe Martens Olson & Bear LLP.

5. I have found Mr. Reisman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of **Joseph M. Reisman**, pro hac vice.

7.     I respectfully submit a proposed order granting the admission of **Joseph M. Reisman**, pro hac vice, to represent Ligand in the above captioned matter, be granted.

WHEREFORE, Defendant respectfully requests that its motion to admit Joseph M. Reisman, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: New York, New York
       May 7, 2008

_____
SIMON MILLER (SM-6728)

Sworn before me this
8th day of May, 2008

_____
Notary Public

CHRISTY SCHAEFFER
Notary Public, State of New York
No. 31-4769958
Qualified in New York County
Commission Expires August 31, 2010

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

April 24, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOSEPH MEYER REISMAN, #196122 was admitted to the practice of law in this state by the Supreme Court of California on June 19, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

Case 1:08-cv-02755-PKC Document 20 Filed 05/12/2008 Page 1 of 4
Case 1:08-cv-02755-PKC Document 10 Filed 05/12/2008 Page 4 of 4
SCANNED

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| The Rockefeller University | Plaintiff, | |
| | | 8 cv 2755 (PKC) |
| - against - | Defendant. | ORDER FOR ADMISSION |
| Ligand Pharmaceutical Incorporated | | PRO HAC VICE ON ORAL MOTION |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

Upon the oral motion of __Simon Miller__ attorney for __Defendant Ligand Pharmaceutical Incorporated__ and said sponsor attorney's affidavit declaration that applicant __Joseph M. Reisman__ is a member in good standing of the bar(s) of the state(s) of __California__ ;

and that applicant's contact information is as follows (please print):

Applicant's Name: Joseph M. Reisman
Firm Name: Knobbe Martens Olson & Bear LLP
Address: 550 West C Street, Suite 1200
City/State/Zip: San Diego, CA 92101
Telephone/Fax: (619) 235-8550
Email Address: jreisman@kmob.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for __Defendant Ligand Pharmaceutical Incorporated__ in the above entitled action;

**IT IS HEREBY ORDERED** that __Joseph M. Reisman__, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: 5/8/2008
City, State: New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____ SDNY RECEIPT# _____
SDNY Form Web 10/2006