UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ROCKEFELLER UNIVERSITY, a
New York not-for-profit corporation,

        Plaintiff,

v.

LIGAND PHARMACEUTICALS
INCORPORATED, a Delaware corporation,

        Defendant.

Case No. 08 cv 2755 KPC-HP

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

STATE OF NEW YORK   )
                                 )
COUNTY OF NEW YORK )

        SIMON MILLER, under penalties of perjury, affirms and says:

        1.    I am a Shareholder in the law firm of Greenberg Traurig, LLP, counsel for Ligand Pharmaceuticals Incorporated ("Ligand"), defendant in the above referenced matter. I respectfully submit this affidavit in support of Ligand's motion to admit **Gregg I. Anderson** as counsel pro hac vice to represent Ligand in this matter.

        2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law on February 28, 1994. I am also admitted to the bar of the United States Court for the Southern District of New York, and am in good standing with this Court.

        3.    I have known **Gregg I. Anderson** since March 6, 2008.

        4.    **Gregg I. Anderson** is a Partner with the law firm of Knobbe Martens Olson & Bear LLP.

        5.    I have found Mr. Anderson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

        6.    Accordingly, I am pleased to move the admission of **Gregg I. Anderson**, pro hac vice.

7. I respectfully submit a proposed order granting the admission of **Gregg I. Anderson**, pro hac vice, to represent Ligand in the above captioned matter, be granted.

WHEREFORE, Defendant respectfully requests that its motion to admit Gregg I. Anderson, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: New York, New York
May 6, 2008

_____
SIMON MILLER (SM-6728)

Sworn before me this
8th day of May, 2008

_____
Notary Public

CHRISTY SCHAEFFER
Notary Public, State of New York
No. 31-4769958
Qualified in New York County
Commission Expires August 31, 2010

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

The Rockefeller University        Plaintiff,

                                            8   cv  2775  (PKC)
                                                  2755

- against -

Ligand Pharmaceutical        Defendant.        **ORDER FOR ADMISSION**
Incorporated                                   **PRO HAC VICE**
                                               **ON ORAL MOTION**

Upon the oral motion of __Simon Miller__ attorney for __Defendant Ligand Pharmaceutical Incorporated__ and said sponsor attorney's affidavit declaration that applicant __Gregg I. Anderson__ is a member in good standing of the bar(s) of the state(s) of __Colorado__ ;

and that applicant's contact information is as follows (please print):

| | |
|---|---|
| Applicant's Name: | Gregg I. Anderson |
| Firm Name: | Knobbe Martens Olson & Bear LLP |
| Address: | 550 West C Street, Suite 1200 |
| City/State/Zip: | San Diego, CA 92101 |
| Telephone/Fax: | (619) 235-8550 |
| Email Address: | gregg.anderson@kmob.com |

said applicant having requested admission pro hac vice to appear for all purposes as counsel for __Defendant Ligand Pharmaceutical Incorporated__ in the above entitled action;

**IT IS HEREBY ORDERED** that __Gregg I. Anderson__, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: 5/8/2008
City, State: New York, New York

                            _____
                            United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, __Susan J. Festag__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**GREGG I ANDERSON**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __1st__ day of __May__ A. D. __1979__ and that at the date hereof the said __GREGG I ANDERSON__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __16th__ day of __April__ A. D. __2008__

*Susan J. Festag*

Clerk