# Greenberg Traurig

**MEMO ENDORSED**

Simon Miller
Tel (212) 801-3131
millers@gtlaw.com

May 22, 2008

**VIA FACSIMILE**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08
```

Honorable P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: The Rockefeller University v. Ligand Pharmaceuticals, Inc.
    Case No. 08-Civ-02755 (PKC) (HP)

Dear Judge Castel:

We are counsel for Defendant Ligand in the above-captioned matter. Defendant is preparing for filing its Answer and Counterclaims which are due today. However, we anticipate that the necessary exhibits to such documents which comprise principally various patents will exceed this Court's ECF limitation of 15 megabytes. Accordingly, we respectfully request this Court's permission to file the Exhibits to the Answer and Counterclaims in hard copy. We will also file the Answer and Counterclaims without Exhibits via ECF. We have included herewith a form of order for the Court's consideration and endorsement.

Very truly yours,

Simon Miller
Enclosure
cc: Peter Wang, Esq.
    Anat Hakim, Esq.
    Gregg I. Anderson, Esq.

*[Handwritten endorsement:]* Permission to file Answer and Counterclaims in hard copy is granted. SO ORDERED. P.K.C. 5/22/08

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance
     
Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400     www.gtlaw.com