UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE ROCKEFELLER UNIVERSITY

                              Plaintiff(s),

      - against -

LIGAND PHARMACEUTICALS

                            Defendant(s).

------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08
```

08 Civ. 2755 (PKC)

REVISED CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING ORDER

       The Civil Case Management Plan and Scheduling Order is modified as follows:

1.     The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to MARCH 6, 2009.

2.     The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to MAY 1, 2009.

3.     Other directions to the parties: N/A

4.     The next Case Management Conference [the Final Pretrial Conference] will be held on MARCH 13, 2009 at 10 am/~~pm~~. ~~Any conference scheduled for a date prior thereto~~ is ~~adjourned~~. (vacated) └ The September 26

5.     In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

_____
P. Kevin Castel
United States District Judge

Dated:   New York, New York
         May 29, 2008