FOLEY & LARDNER LLP
Peter N. Wang (PW 9216)
Douglas S. Heffer (DH 6082)
90 Park Avenue
New York, New York 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

Anat Hakim (AH 4398)
3000 K Street, NW-Suite 500
Washington, DC 20007-5101
Tel: (202) 672-5300
Fax: (202) 672-5399

*Attorneys for Defendant The Rockefeller University, a New York
not-for-profit corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROCKEFELLER UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>LIGAND PHARMACEUTICALS INCORPORATED,<br><br>Defendant. | 08-CV-2755 (KPC)(HP) |

Shira Blum, of full age, certifies as follows:

    I am a Paralegal employed with the firm of Foley & Lardner LLP, Attorneys for The Rockefeller University listed in the documents herein.

    On June 16, 2008, I filed **The Rockefeller University's Answer to Defendant's Counterclaims** electronically with the United States District Court for the Southern District of New York, and all documents will be sent by operation of the Court's electronic filing system to

NYC_266124.1

2

all parties indicated on the electronic filing receipt.  Parties may access this filing through the

Court's electronic filing system.

                                                    /s/ Shira Blum
                                                    Shira Blum

Sworn to before me this
16th day of June, 2008
/s/ Douglas Heffer
Notary Public, State of New York