SCANNED

Peter N. Wang (PW 9216)
Douglas S. Heffer (DH 6082)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

Anat Hakim (AH 4398)
3000 K Street, NW-Suite 500
Washington, DC 20007-5101
Tel: (202) 672-5300
Fax: (202) 672-5399
*Attorneys for Defendant The Rockefeller University, a New York not-for-profit education corporation*

JUL 02 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

THE ROCKEFELLER UNIVERSITY,         :  08-CV-2755 (PKC) (HP)

                Plaintiff,          :  **MOTION TO**
                                    :  **ADMIT RICHARD PEET**
         v.                    :  ***PRO HAC VICE***

LIGAND PHARMACEUTICALS, INC.,       :

                Defendant.          :

------------------------------------------------------------ X

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Peter N. Wang, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

      Richard C. Peet
      Foley & Lardner LLP
      Washington Harbour
      3000 K. Street NW, Suite 500
      Washington, DC 20007-5143
      Tel: (202) 672-5300
      Fax: (202) 672-5399

NYC_264843.1

Email: rpeet@foley.com

Richard C. Peet is a member in good standing of the Bar of the District of Columbia and an inactive member of the Bar of the State of Pennsylvania. There are no pending disciplinary proceedings against Richard C. Peet in any State or Federal court.

Dated: July 1, 2008
      New York, New York

By: _____
Peter N. Wang (PW 9216)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

*Attorneys for The Rockefeller University*

Peter N. Wang (PW 9216)
Douglas S. Heffer (DH 6082)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

Anat Hakim (AH 4398)
3000 K Street, NW-Suite 500
Washington, DC 20007-5101
Tel: (202) 672-5300
Fax: (202) 672-5399
*Attorneys for Defendant The Rockefeller University, a New York
not-for-profit education corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

THE ROCKEFELLER UNIVERSITY,           : 08-CV-2755 (PKC) (HP)
                        Plaintiff,    :
                                      : **AFFIDAVIT OF PETER N. WANG**
            v.                        : **IN SUPPORT OF MOTION TO**
                                      : **ADMIT RICHARD PEET**
LIGAND PHARMACEUTICALS, INC.,         : ***PRO HAC VICE***
                        Defendant.    :

------------------------------------------------------- X

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

    PETER N. WANG, being duly sworn, states:

    1.    I am a partner of the law firm Foley & Lardner LLP, counsel for plaintiff The Rockefeller University in this action. I am a member of the Bar of this Court, and I submit this affidavit in support of the motion of The Rockefeller University, made pursuant to General Rule 1.3(c) of the Local Rules of this Court, for the admission of Richard Peet, *pro hac vice* to

- 2 -

represent The Rockefeller University in this action.

2. Richard Peet is a partner in the law firm Foley & Lardner LLP, and he practices in the firm's offices at 3000 K Street NW, Washington, D.C. I believe Mr. Peet to be of good and upstanding character. I know of no reason why Richard Peet should not be admitted *pro hac vice*.

3. Richard Peet is a member in good standing of the Bar of the District of Columbia (admitted August 5, 1996). A Certificate of Good Standing from the District of Columbia Court of Appeals, issued on June 11, 2008 is annexed hereto as Exhibit A.

4. Richard Peet is an inactive member of the Bar of the State of Pennsylvania (admitted May 31, 1994). A Certification of Inactive Status from The Disciplinary Board of the Supreme Court of Pennsylvania, issued June 16, 2008 is annexed hereto as Exhibit B.

5. Richard Peet is familiar with the Judicial Code, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Code of Professional Responsibility of the American Bar Association, and the Local Rules of this Court.

6. Foley & Lardner LLP has been retained by The Rockefeller University to represent it in this action. Pursuant to General Rule 1.3 (c) of the Local Rules of this Court, plaintiff requests that Richard Peet be admitted *pro hac vice* so that he may be permitted to argue or try this action on their behalf.

WHEREFORE, I respectfully request that the Court grant plaintiff The Rockefeller University's Motion for an Order, pursuant to General Rule 1.3(c), admitting Richard Peet *pro hac vice* to represent it in this action.

Respectfully submitted,

_____
Peter N. Wang (PW 9216)

Sworn to before me this
2nd day of July, 2008.

_____
Notary Public

DOUGLAS HEFFER
Notary Public, State of New York
No. 02HE6172565
Qualified in New York County
Commission Expires Aug. 13, 20 11

- 3 -



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

RICHARD C. PREET

was on the 5TH day of AUGUST, 1996 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 11, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/ M. Charles
Deputy Clerk



# THE DISCIPLINARY BOARD
## OF THE
## SUPREME COURT OF PENNSYLVANIA

First Floor
Two Lemoyne Drive
Lemoyne, PA 17043-1226
(717) 731-7073

## CERTIFICATION OF INACTIVE STATUS

*In lieu of Certificate of Good Standing*

*For*

## RICHARD CRAGIN PEET
*PA Bar Number 72027*

I, Suzanne E. Price, as the Attorney Registrar for the Disciplinary Board of the Supreme Court of Pennsylvania, hereby confirm that Richard Cragin Peet was admitted as an Attorney by the Supreme Court of Pennsylvania to the bar of the courts of the Commonwealth of Pennsylvania on May 31, 1994.

Mr. Peet is currently registered as "Voluntarily Inactive", having assumed said status as of September 23, 1996.

Dated this 16th day of June, 2008



By: _____
Suzanne E. Price
Attorney Registrar

Peter N. Wang (PW 9216)
Douglas S. Heffer (DH 6082)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

Anat Hakim (AH 4398)
3000 K Street, NW-Suite 500
Washington, DC 20007-5101
Tel: (202) 672-5300
Fax: (202) 672-5399
*Attorneys for Defendant The Rockefeller University, a New York not-for-profit education corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
THE ROCKEFELLER UNIVERSITY,         : 08-CV-2755 (PKC) (HP)
                                    :
                    Plaintiff,      : **ORDER GRANTING**
                                    : **RICHARD C. PEET**
            v.                      : **ADMISSION PRO HAC VICE**
                                    :
LIGAND PHARMACEUTICALS, INC.,       :
                                    :
                    Defendant.      :
                                    :
------------------------------------------------------------ X

Upon the motion of Peter N. Wang, attorney for plaintiff The Rockefeller University and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

Richard C. Peet
Foley & Lardner LLP
Washington Harbour
3000 K. Street NW, Suite 500
Washington, DC 20007-5143
Tel: (202) 672-5300

NYC_264849.1

        Fax: (202) 672-5399
        Email: rpeet@foley.com

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

        SO ORDERED:

Dated: _____

        _____
        P. KEVIN CASTEL,
        UNITED STATES DISTRICT JUDGE

-2-

NYC_264849.1

Peter N. Wang (PW 9216)
Douglas S. Heffer (DH 6082)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

Anat Hakim (AH 4398)
3000 K Street, NW-Suite 500
Washington, DC 20007-5101
Tel: (202) 672-5300
Fax: (202) 672-5399
*Attorneys for Defendant The Rockefeller University, a New York not-for-profit education corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
:
THE ROCKEFELLER UNIVERSITY,            :  08-CV-2755 (PKC) (HP)
:
                    Plaintiff,         :  **AFFIDAVIT OF SERVICE**
:
        v.                             :
:
LIGAND PHARMACEUTICALS, INC.,          :
:
                    Defendant.         :
:
------------------------------------------------------- X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

        SHIRA BLUM, being duly sworn, deposes and says:

        Deponent is not a party to the action, is over 18 years of age and resides at 440 E. 58th Street, New York, New York 10022.

        That on the 2nd day of July, 2008, deponent served a copy of Plaintiff's **Motion to Admit Richard Peet *Pro Hac Vice*, Affidavit of Peter N. Wang in Support of Motion to**

NYC_270041.1

**Admit Richard Peet** *Pro Hac Vice*, and the **Proposed Order Granting Richard C. Peet**

**Admission** *Pro Hac Vice* by first-class mail upon:

> Simon Miller
> Greenberg Traurig, LLP
> 200 Park Avenue
> New York, New York 10166

-and-

> Joseph M. Reisman
> Gregg I. Anderson
> Knobbe Martens, Olson & Bear, LLP
> 550 West C. Street
> Suite 1200
> San Diego, CA 92101

_____
SHIRA BLUM

Sworn to before me this
2nd day of July, 2008

_____
Notary Public

OLYA PETUKHOVA
Notary Public, State of New York
No. 02PE6162047
Qualified in New York County
Commission Expires March 12, 2011

2

NYC_270041.1