Peter N. Wang (PW 9216)
Douglas S. Heffer (DH 6082)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

Anat Hakim (AH 4398)
3000 K Street, NW-Suite 500
Washington, DC 20007-5101
Tel: (202) 672-5300
Fax: (202) 672-5399
*Attorneys for Defendant The Rockefeller University, a New York not-for-profit education corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
THE ROCKEFELLER UNIVERSITY,         :   08-CV-2755 (PKC) (HP)
                                    :
                    Plaintiff,      :   **ORDER GRANTING**
                                    :   **RICHARD C. PEET**
        v.                          :   **ADMISSION PRO HAC VICE**
                                    :
LIGAND PHARMACEUTICALS, INC.,       :
                                    :
                    Defendant.      :
                                    :
------------------------------------------------------- X

      Upon the motion of Peter N. Wang, attorney for plaintiff The Rockefeller University and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

            Richard C. Peet
            Foley & Lardner LLP
            Washington Harbour
            3000 K. Street NW, Suite 500
            Washington, DC 20007-5143
            Tel: (202) 672-5300

NYC_264849.1

Fax: (202) 672-5399
Email: rpeet@foley.com

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at *nysd.uscourts.gov*. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

SO ORDERED:

Dated: 7-11-08

_____
P. KEVIN CASTEL,
UNITED STATES DISTRICT JUDGE